RECEIVED
IN LAKE CHARLES, LA

FEB - 2 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| SUSAN SAFI RAFIQ | : | DOCKET NO. 2:06 CV 1332 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| SMI GLOBAL MISSION SUPPORT, INC., SMI GROUP INC. AND CUBIC CORP. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons set forth in the corresponding Memorandum Ruling,

IT IS ORDERED, ADJUDGED and DECREED that SMI Global Support Mission, Inc.'s ("SMIGSM") Motion to Dismiss [doc. 13] pursuant to Fed. R.Civ.P. 12(b)(6) IS GRANTED IN PART and DENIED IN PART. The motion to dismiss IS DENIED with the exception that the motion to dismiss any claims of discrimination on the basis of gender discrimination, sexual harassment or retaliation under § 1981 IS GRANTED.

Lake Charles, Louisiana, this 2 day of February, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE